**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6484**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

WALTER EMORY MORSLEY,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, Senior District Judge.  (1:08-cr-00401-RDB-3)

---

Submitted:  September 27, 2022                    Decided:  October 13, 2022

---

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Walter Emory Morsley, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Emory Morsley appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. The district court concluded that Morsley did not establish extraordinary and compelling circumstances and that, even if he had, application of the 18 U.S.C. § 3553(a) factors did not warrant release. We review a district court's order granting or denying a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Morsley's compassionate release based upon its weighing of the applicable 18 U.S.C. § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*